

FILED

FEB 09 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-05-141-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| SELENA A. BROWN, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on February 9, 2009 to be continued on supervised release,

IT IS HEREBY ORDERED that the defendant shall be released on February 10, 2009 to representatives of the Turning Point Facility. A certified Judgment and Commitment order to follow.

DATED: 2-9-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1